I.D. 6229834

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

HARRY KANE )
)
    Plaintiff, )
)
vs. ) NO.
)
ODYSSEY GLENDALE HOTEL GROUP, )
RESIDENCE INN BY MARRIOTT, NORTH )
SHORE EVENT CENTRE, CENTER FIELDS )
SPORTS BAR AND GRILL and ANTOINE )
MOSS )
    Defendants, )
)

## COMPLAINT AT LAW
## COUNT I
## (PREMISES LIABILITY)

NOW COMES the plaintiff, HARRY KANE, by and through his attorneys, Kevin J. McNamara Law Offices, P.C., and complaining of the defendant, ODYSSEY GLENDALE HOTEL GROUP, states as follows:

1. On and before December 2, 2017, defendant, ODYSSEY GLENDALE HOTEL GROUP, owned, occupied, managed, operated, maintained, and controlled, both directly and indirectly, individually and through his agents, an events center located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

2. On and before December 2, 2017, it was the duty of the defendant, ODYSSEY GLENDALE HOTEL GROUP, individually and by and through his agents, servants, and employees, to use reasonable care under the circumstances regarding the state of its premises or acts done or omitted on them.

3. Prior to December 2, 2017, plaintiff, HARRY KANE, a resident of the City of Evanston, State of Illinois, entered into a contract in Evanston, Illinois, with defendant, ANTOINE MOSS, a resident of the City of Cleveland, State of Ohio, to perform video taping services at an event located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

4. On December 2, 2017, plaintiff, HARRY KANE, entered the premises located at 7065 N. Port Washington Road, Milwaukee, Wisconsin, for the purpose of videotaping a seminar being conducted by defendant, ANTOINE MOSS, in the events center.

5. At the aforesaid time and place, a granite table top in the events center was caused to flip over off its base and land on the person of the plaintiff, HARRY KANE.

6. Disregarding its stated duty, defendant, ODYSSEY GLENDALE HOTEL GROUP, individually and by his agents, employees, and servants, committed one or more of the following acts and/or omissions:

 a. failed to provide a good, safe, and proper place for its invitees, including plaintiff, to be and use while on the premises;

 b. allowed and permitted its premises, including the aforementioned granite table top to become and remain in a state of disrepair;

 c. failed to warn the plaintiff, of the unsafe, defective, and dangerous condition of the aforesaid granite table top;

 d. failed to properly secure the table top to its base;

 e. failed to inspect the table;

 f. failed to provide a safe means of ingress and egress to the events center.

7. As a direct and proximate result of one or more of these acts and/or omissions of the defendant, plaintiff, HARRY KANE, sustained injuries of a personal and pecuniary nature.

WHEREFORE plaintiff, HARRY KANE, by his attorneys, Kevin J. McNamara Law Offices, P.C., demands judgment against defendant, ODYSSEY GLENDALE HOTEL GROUP, in an amount in excess of the jurisdictional limits of this court, plus costs.

## COUNT II
## (NEGLIGENCE)

NOW COMES the plaintiff, HARRY KANE, by and through his attorneys, Kevin J. McNamara Law Offices, P.C., and complaining of the defendant, ODYSSEY GLENDALE HOTEL GROUP, states as follows:

1. On and before December 2, 2017, defendant, ODYSSEY GLENDALE HOTEL GROUP, owned, occupied, managed, operated, maintained, and controlled, both directly and indirectly, individually and through his agents, an events center located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

2. Prior to December 2, 2017, plaintiff, HARRY KANE, a resident of the City of Evanston, State of Illinois, entered into a contract in Evanston, Illinois, with defendant, ANTOINE MOSS, a resident of the City of Cleveland, State of Ohio, to perform videotaping services at an event located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

3. On December 2, 2017, plaintiff, HARRY KANE, entered the premises located at 7065 N. Port Washington Road, Milwaukee, Wisconsin, for the purpose of videotaping a seminar being conducted by defendant, ANTOINE MOSS, in the events center.

4. At the aforesaid time and place, a granite table top in the events center was caused to flip over off its base and land on the person of the plaintiff, HARRY KANE.

5. At the time and place aforesaid, defendant, ODYSSEY GLENDALE HOTEL GROUP committed one or more of the following careless and negligent acts and/or omissions:

   a. negligently allowed and permitted the aforementioned granite table to become and remain in a state of disrepair;

   b. negligently failed to warn the plaintiff, of the unsafe, defective, and dangerous condition of the granite table;

   c. negligently failed to inspect the granite table prior to hosting a seminar in the events center;

   d. failed to properly secure the table top to its base;

6. As a direct and proximate result of one or more of these acts and/or omissions of the defendant, plaintiff, HARRY KANE, sustained injuries of a personal and pecuniary nature.

WHEREFORE plaintiff, HARRY KANE, by his attorneys, Kevin J. McNamara Law Offices, P.C., demands judgment against defendant, ODYSSEY GLENDALE HOTEL GROUP, in an amount in excess of the jurisdictional limits of this court, plus costs.

## COUNT III
## (PREMISES LIABILITY)

NOW COMES the plaintiff, HARRY KANE, by and through his attorneys, Kevin J. McNamara Law Offices, P.C., and complaining of the defendant, RESIDENCE INN BY MARRIOTT, states as follows:

1. On and before December 2, 2017, defendant, RESIDENCE INN BY MARRIOTT, owned, occupied, managed, operated, maintained, and controlled, both directly and indirectly,

individually and through his agents, an events center located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

2. On and before December 2, 2017, it was the duty of the defendant, RESIDENCE INN BY MARRIOTT, individually and by and through his agents, servants, and employees, to use reasonable care under the circumstances regarding the state of its premises or acts done or omitted on them.

3. Prior to December 2, 2017, plaintiff, HARRY KANE, a resident of the City of Evanston, State of Illinois, entered into a contract in Evanston, Illinois, with defendant, ANTOINE MOSS, a resident of the City of Cleveland, State of Ohio, to perform videotaping services at an event located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

4. On December 2, 2017, plaintiff, HARRY KANE, entered the premises located at 7065 N. Port Washington Road, Milwaukee, Wisconsin, for the purpose of videotaping a seminar being conducted by defendant, ANTOINE MOSS, in the events center.

5. At the aforesaid time and place, a granite table top in the events center was caused to flip over off its base and land on the person of the plaintiff, HARRY KANE.

6. Disregarding its stated duty, defendant, RESIDENCE INN BY MARRIOTT, individually and by his agents, employees, and servants, committed one or more of the following acts and/or omissions:

   a. failed to provide a good, safe, and proper place for its invitees, including plaintiff, to be and use while on the premises;

   b. allowed and permitted its premises, including the aforementioned granite table top to become and remain in a state of disrepair;

c. failed to warn the plaintiff, of the unsafe, defective, and dangerous condition of the aforesaid granite table top;

d. failed to properly secure the table top to its base;

e. failed to inspect the table;

f. failed to provide a safe means of ingress and egress to the events center.

7. As a direct and proximate result of one or more of these acts and/or omissions of the defendant, plaintiff, HARRY KANE, sustained injuries of a personal and pecuniary nature.

WHEREFORE plaintiff, HARRY KANE, by his attorneys, Kevin J. McNamara Law Offices, P.C., demands judgment against defendant, RESIDENCE INN BY MARRIOTT, in an amount in excess of the jurisdictional limits of this court, plus costs.

## COUNT IV
## (NEGLIGENCE)

NOW COMES the plaintiff, HARRY KANE, by and through his attorneys, Kevin J. McNamara Law Offices, P.C., and complaining of the defendant, RESIDENCE INN BY MARRIOTT, states as follows:

1. On and before December 2, 2017, defendant, RESIDENCE INN BY MARRIOTT, owned, occupied, managed, operated, maintained, and controlled, both directly and indirectly, individually and through his agents, an events center located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

2. Prior to December 2, 2017, plaintiff, HARRY KANE, a resident of the City of Evanston, State of Illinois, entered into a contract in Evanston, Illinois, with defendant, ANTOINE

MOSS, a resident of the City of Cleveland, State of Ohio, to perform videotaping services at an event located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

3. On December 2, 2017, plaintiff, HARRY KANE, entered the premises located at 7065 N. Port Washington Road, Milwaukee, Wisconsin, for the purpose of videotaping a seminar being conducted by defendant, ANTOINE MOSS, in the events center.

4. At the aforesaid time and place, a granite table top in the events center was caused to flip over off its base and land on the person of the plaintiff, HARRY KANE.

5. At the time and place aforesaid, defendant, RESIDENCE INN BY MARRIOTT committed one or more of the following careless and negligent acts and/or omissions:

    a. negligently allowed and permitted the aforementioned granite table to become and remain in a state of disrepair;

    b. negligently failed to warn the plaintiff, of the unsafe, defective, and dangerous condition of the granite table;

    c. negligently failed to inspect the granite table prior to hosting a seminar in the events center;

    d. failed to properly secure the table top to its base;

6. As a direct and proximate result of one or more of these acts and/or omissions of the defendant, plaintiff, HARRY KANE, sustained injuries of a personal and pecuniary nature.

WHEREFORE plaintiff, HARRY KANE, by his attorneys, Kevin J. McNamara Law Offices, P.C., demands judgment against defendant, RESIDENCE INN BY MARRIOTT, in an amount in excess of the jurisdictional limits of this court, plus costs.

COUNT V
(PREMISES LIABILITY)

NOW COMES the plaintiff, HARRY KANE, by and through his attorneys, Kevin J. McNamara Law Offices, P.C., and complaining of the defendant, NORTH SHORE EVENT CENTRE, states as follows:

1. On and before December 2, 2017, defendant, NORTH SHORE EVENT CENTRE, owned, occupied, managed, operated, maintained, and controlled, both directly and indirectly, individually and through his agents, an events center located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

2. On and before December 2, 2017, it was the duty of the defendant, NORTH SHORE EVENT CENTRE, individually and by and through his agents, servants, and employees, to use reasonable care under the circumstances regarding the state of its premises or acts done or omitted on them.

3. Prior to December 2, 2017, plaintiff, HARRY KANE, a resident of the City of Evanston, State of Illinois, entered into a contract in Evanston, Illinois, with defendant, ANTOINE MOSS, a resident of the City of Cleveland, State of Ohio, to perform videotaping services at an event located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

4. On December 2, 2017, plaintiff, HARRY KANE, entered the premises located at 7065 N. Port Washington Road, Milwaukee, Wisconsin, for the purpose of videotaping a seminar being conducted by defendant, ANTOINE MOSS, in the events center.

5. At the aforesaid time and place, a granite table top in the events center was caused to flip over off its base and land on the person of the plaintiff, HARRY KANE.

6. Disregarding its stated duty, defendant, NORTH SHORE EVENT CENTRE, individually and by his agents, employees, and servants, committed one or more of the following acts and/or omissions:

a. failed to provide a good, safe, and proper place for its invitees, including plaintiff, to be and use while on the premises;

b. allowed and permitted its premises, including the aforementioned granite table top to become and remain in a state of disrepair;

c. failed to warn the plaintiff, of the unsafe, defective, and dangerous condition of the aforesaid granite table top;

d. failed to properly secure the table top to its base;

e. failed to inspect the table;

f. failed to provide a safe means of ingress and egress to the events center.

7. As a direct and proximate result of one or more of these acts and/or omissions of the defendant, plaintiff, HARRY KANE, sustained injuries of a personal and pecuniary nature.

WHEREFORE plaintiff, HARRY KANE, by his attorneys, Kevin J. McNamara Law Offices, P.C., demands judgment against defendant, NORTH SHORE EVENT CENTRE, in an amount in excess of the jurisdictional limits of this court, plus costs.

## COUNT VI
## (NEGLIGENCE)

NOW COMES the plaintiff, HARRY KANE, by and through his attorneys, Kevin J. McNamara Law Offices, P.C., and complaining of the defendant, NORTH SHORE EVENT CENTRE, states as follows:

1. On and before December 2, 2017, defendant, NORTH SHORE EVENT CENTRE, owned, occupied, managed, operated, maintained, and controlled, both directly and indirectly, individually and through his agents, an events center located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

2. Prior to December 2, 2017, plaintiff, HARRY KANE, a resident of the City of Evanston, State of Illinois, entered into a contract in Evanston, Illinois, with defendant, ANTOINE MOSS, a resident of the City of Cleveland, State of Ohio, to perform videotaping services at an event located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

3. On December 2, 2017, plaintiff, HARRY KANE, entered the premises located at 7065 N. Port Washington Road, Milwaukee, Wisconsin, for the purpose of videotaping a seminar being conducted by defendant, ANTOINE MOSS, in the events center.

4. At the aforesaid time and place, a granite table top in the events center was caused to flip over off its base and land on the person of the plaintiff, HARRY KANE.

5. At the time and place aforesaid, defendant, NORTH SHORE EVENT CENTRE committed one or more of the following careless and negligent acts and/or omissions:

   a. negligently allowed and permitted the aforementioned granite table to become and remain in a state of disrepair;

   b. negligently failed to warn the plaintiff, of the unsafe, defective, and dangerous condition of the granite table;

   c. negligently failed to inspect the granite table prior to hosting a seminar in the events center;

   d. failed to properly secure the table top to its base;

6. As a direct and proximate result of one or more of these acts and/or omissions of the defendant, plaintiff, HARRY KANE, sustained injuries of a personal and pecuniary nature.

WHEREFORE plaintiff, HARRY KANE, by his attorneys, Kevin J. McNamara Law Offices, P.C., demands judgment against defendant, NORTH SHORE EVENT CENTRE, in an amount in excess of the jurisdictional limits of this court, plus costs.

## COUNT VII
## (PREMISES LIABILITY)

NOW COMES the plaintiff, HARRY KANE, by and through his attorneys, Kevin J. McNamara Law Offices, P.C., and complaining of the defendant, CENTER FIELDS SPORTS BAR AND GRILL, states as follows:

1. On and before December 2, 2017, defendant, CENTER FIELDS SPORTS BAR AND GRILL, owned, occupied, managed, operated, maintained, and controlled, both directly and indirectly, individually and through his agents, an events center located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

2. On and before December 2, 2017, it was the duty of the defendant, CENTER FIELDS SPORTS BAR AND GRILL, individually and by and through his agents, servants, and employees, to use reasonable care under the circumstances regarding the state of its premises or acts done or omitted on them.

3. Prior to December 2, 2017, plaintiff, HARRY KANE, a resident of the City of Evanston, State of Illinois, entered into a contract in Evanston, Illinois, with defendant, ANTOINE MOSS, a resident of the City of Cleveland, State of Ohio, to perform videotaping services at an event located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

4. On December 2, 2017, plaintiff, HARRY KANE, entered the premises located at 7065 N. Port Washington Road, Milwaukee, Wisconsin, for the purpose of videotaping a seminar being conducted by defendant, ANTOINE MOSS, in the events center.

5. At the aforesaid time and place, a granite table top in the events center was caused to flip over off its base and land on the person of the plaintiff, HARRY KANE.

6. Disregarding its stated duty, defendant, CENTER FIELDS SPORTS BAR AND GRILL, individually and by his agents, employees, and servants, committed one or more of the following acts and/or omissions:

   a. failed to provide a good, safe, and proper place for its invitees, including plaintiff, to be and use while on the premises;

   b. allowed and permitted its premises, including the aforementioned granite table top to become and remain in a state of disrepair;

   c. failed to warn the plaintiff, of the unsafe, defective, and dangerous condition of the aforesaid granite table top;

   d. failed to properly secure the table top to its base;

   e. failed to inspect the table;

   f. failed to provide a safe means of ingress and egress to the events center.

7. As a direct and proximate result of one or more of these acts and/or omissions of the defendant, plaintiff, HARRY KANE, sustained injuries of a personal and pecuniary nature.

WHEREFORE plaintiff, HARRY KANE, by his attorneys, Kevin J. McNamara Law Offices, P.C., demands judgment against defendant, CENTER FIELDS SPORTS BAR AND GRILL, in an amount in excess of the jurisdictional limits of this court, plus costs.

## COUNT VIII
## (NEGLIGENCE)

NOW COMES the plaintiff, HARRY KANE, by and through his attorneys, Kevin J. McNamara Law Offices, P.C., and complaining of the defendant, CENTER FIELDS SPORTS BAR AND GRILL, states as follows:

1. On and before December 2, 2017, defendant, CENTER FIELDS SPORTS BAR AND GRILL, owned, occupied, managed, operated, maintained, and controlled, both directly and indirectly, individually and through his agents, an events center located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

2. Prior to December 2, 2017, plaintiff, HARRY KANE, a resident of the City of Evanston, State of Illinois, entered into a contract in Evanston, Illinois, with defendant, ANTOINE MOSS, a resident of the City of Cleveland, State of Ohio, to perform videotaping services at an event located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

3. On December 2, 2017, plaintiff, HARRY KANE, entered the premises located at 7065 N. Port Washington Road, Milwaukee, Wisconsin, for the purpose of videotaping a seminar being conducted by defendant, ANTOINE MOSS, in the events center.

4. At the aforesaid time and place, a granite table top in the events center was caused to flip over off its base and land on the person of the plaintiff, HARRY KANE.

5. At the time and place aforesaid, defendant, CENTER FIELDS SPORTS BAR AND GRILL committed one or more of the following careless and negligent acts and/or omissions:

   a. negligently allowed and permitted the aforementioned granite table to become and remain in a state of disrepair;

    b.    negligently failed to warn the plaintiff, of the unsafe, defective, and dangerous condition of the granite table;

    c.    negligently failed to inspect the granite table prior to hosting a seminar in the events center;

    d.    failed to properly secure the table top to its base;

6. As a direct and proximate result of one or more of these acts and/or omissions of the defendant, plaintiff, HARRY KANE, sustained injuries of a personal and pecuniary nature.

WHEREFORE plaintiff, HARRY KANE, by his attorneys, Kevin J. McNamara Law Offices, P.C., demands judgment against defendant, CENTER FIELDS SPORTS BAR AND GRILL, in an amount in excess of the jurisdictional limits of this court, plus costs.

## COUNT IX
## (NEGLIGENCE)

NOW COMES the plaintiff, HARRY KANE, by and through his attorneys, Kevin J. McNamara Law Offices, P.C., and complaining of the defendant, ANTOINE MOSS, states as follows:

1. Prior to December 2, 2017, plaintiff, HARRY KANE, a resident of the City of Evanston, State of Illinois, entered into a contract in Evanston, Illinois, with defendant, ANTOINE MOSS, a resident of the City of Cleveland, State of Ohio, to perform videotaping services at an event being hosted by defendant ANTOINE MOSS located at 7065 N. Port Washington Road in the City of Milwaukee, State of Wisconsin.

2. On December 2, 2017, plaintiff, HARRY KANE, entered the premises located at 7065 N. Port Washington Road, Milwaukee, Wisconsin, for the purpose of videotaping a seminar being conducted by defendant, ANTOINE MOSS, in the events center.

3. At the aforesaid time and place, a granite table top in the events center was caused to flip over off its base and land on the person of the plaintiff, HARRY KANE.

4. At the time and place aforesaid, defendant, ANTOINE MOSS committed one or more of the following careless and negligent acts and/or omissions:

   a. negligently allowed and permitted the aforementioned granite table to become and remain in a state of disrepair;

   b. negligently failed to warn the plaintiff, of the unsafe, defective, and dangerous condition of the granite table;

   c. negligently failed to inspect the granite table prior to hosting a seminar in the events center;

   d. failed to properly secure the table top to its base;

   e. negligently instructed the plaintiff to set up his video taping equipment in an area that was unsafe;

   f. negligently instructed his agents and/or employees to arrange the seating for the seminar in a manner that was not safe.

5. As a direct and proximate result of one or more of these acts and/or omissions of the defendant, plaintiff, HARRY KANE, sustained injuries of a personal and pecuniary nature.

WHEREFORE plaintiff, HARRY KANE, by his attorneys, Kevin J. McNamara Law Offices, P.C., demands judgment against defendant, ANTOINE MOSS, in an amount in excess of the jurisdictional limits of this court, plus costs.

_____
Plaintiff's Attorney

Kevin J. McNamara Law Offices, P.C.
650 N. Dearborn Street Suite 750
Chicago, IL 60654
312-201-8850